■ In the Matter of E. ROBERT GIUNTINI et al., Appellants, v HOWARD D. ARONOW et al., Respondents. — In a proceeding pursuant to CPLR article 78 to review a determination by the respondent Zoning Board of Appeals for the Town of Putnam Valley which denied petitioners' application for an area variance, petitioners appeal from a judgment of the Supreme Court, Westchester County (Gurahian, J.), entered February 26, 1982, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. There is substantial evidence to support the respondent Zoning Board of Appeals determination. In any event, we note that the board lacks jurisdiction to grant the requested area variance (see *Matter of Pellicane v Nardy,* 83 AD2d 842). The grant of an area variance affecting such a large tract of land (approximately 31 acres in this case) would invade the zoning province of the legislative body (*Van Deusen v Jackson,* 35 AD2d 58, affd 28 NY2d 608; cf. *Matter of Cohalan v Schermerhorn,* 77 Misc 2d 23). Damiani, J. P., Lazer, Mangano and Gibbons, JJ., concur.

■ In the Matter of ELLA HENRY, Petitioner, v JOSEPH D'ELIA, as Commissioner of the Nassau County Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent State Commissioner of Social Services, dated May 5, 1981 and made after a statutory fair hearing, which affirmed a determination of the local agency to deny petitioner's application for emergency assistance for adults. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination that petitioner's income would not permit ongoing payment of her utility bills was supported by substantial evidence in the record. Accordingly, it cannot be said that the denial of assistance was improper. Petitioner's remaining allegations are similarly without merit. Mangano, J. P., Gulotta, Bracken and Niehoff, JJ., concur.

■ In the Matter of KINGS PARK CENTRAL SCHOOL DISTRICT, Appellant, v LAWRENCE J. SMITH, ASSOCIATES, P. C., et al., Respondents. — In a proceeding pursuant to CPLR 7503 (subd [b]) petitioner appeals from a judgment of the Supreme Court, Suffolk County, dated March 31, 1982, which, *inter alia,* denied the application. Judgment affirmed, without costs or disbursements, for reasons stated in the opinion of Weissman, J., at Special Term. Mangano, J. P., Gulotta, Bracken and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK ALLEYNE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered September 5, 1980, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. We have reviewed the contentions raised by defense counsel and have found them to be without merit. We have also reviewed those contentions raised by defendant on his own behalf in the letters submitted to this court and find them likewise to be without merit. Gibbons, J. P., O'Connor, Weinstein and Brown, JJ., concur.